IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ZACHARY GARDNER, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00455-TES-MSH |
| | * |
| KENNETH COWENS, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 28, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 28th day of February, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk